IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH W. PRINCE and
BETTY JO PRINCE,
: CIVIL ACTION
    Plaintiffs

  vs.

BAC HOME LOANS SERVICING, LP, : NO. 16-CV-1544
BANK OF AMERICA, N.A., and
CITIMAE, INC.,

    Defendants

## ORDER

AND NOW, this 29th day of August, 2018, upon consideration of the Defendant's Motion for Summary Judgment (Doc. No. 51) and Plaintiffs' Opposition and Counter-Motion for Summary Judgment (Doc. No. 56) filed in response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, Plaintiffs' Motion is DENIED and Judgment is entered in favor of Defendant and against Plaintiffs on all of the remaining counts of Plaintiffs' Second Amended Complaint.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.